IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Clarence Bogan, :  :  Plaintiff(s), :  : vs. :  : Deputy Warden Harris, et al., :  :  Defendant(s). : | Case Number: 1:11cv287  Chief Judge Susan J. Dlott |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 31, 2011 a Report and Recommendation (Doc. 6). Subsequently, the plaintiff filed a Motion for Reconsideration of the Report and Recommendation and an Addendum to the Motion for Reconsideration (Doc. 9 and 10) respectively.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is **DENIED.**  The Court has previously found that plaintiff is prevented by the Prison Litigation Reform Act (PLRA) from filing any civil actions *in forma pauperis* since has has filed a multitude of lawsuits in this Court. Based on the aforementioned, plaintiff's Motion for Reconsideration (Doc. 9) is hereby **DENIED AS MOOT.**

Plaintiff is ORDERED to pay the filing fee of $350 within thirty (30) days and that plaintiff be notified that his failure to pay the full filing fee withing thirty (30) days will result in the dismissal of his action. *See In re Alea,* 286 F.3d 378, 382 (6th Cir.), *cert. denied,* 537 U.S. 895 (2002).

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Chief Judge Susan J. Dlott
       United States District Court